UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PERRY HOOI,               Index No. 07 CIV 7743
   -vs-                  (Judge Jones)

CITY OF NEW YORK, POLICE OFFICER CARULLO SHIELD # 23212, ET. AL.,
-------------------------------------------------------------------x

STATE OF    NEW YORK   )
COUNTY OF   NEW YORK   )  ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:** POLICE OFFICER NICHOLAS OTAROLA SHIELD # 27407

**LOCATION OF SERVICE:**   167-02 Baisley Boulevard, 113th Pct/NYPD
Jamaica, NY 11434

**PARTY ACCEPTING SERVICE:**   Nicolas Otarola
**DATE OF SERVICE:** 9/18/07   **TIME OF SERVICE:** 3:15 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M   **SKIN COLOR:** Tan   **HAIR:** Black   **AGE:** 34   **HEIGHT:** 5'9"
**WEIGHT:** 235   **OTHER FEATURES:** Short hair.

Deponent further states that the within process was served in the following manner:

By delivering a true copy of each to said defendant personally, at the address given above. Deponent knew the person served to be the person described as said person therein.

At the time of service, deponent asked the defendant if he was in the military service of this state or nation or any other nation, and he responded in the negative.

ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 9/19/07

Qualified in Queen[s]