UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
PERRY HOOI,                                            Index No. 07 CIV 7743
   -vs-                                                  (Judge Jones)

CITY OF NEW YORK, POLICE OFFICER CARULLO SHIELD # 23212, ET. AL.,
------------------------------------------------------------------------x

STATE OF     NEW YORK        )
COUNTY OF    NEW YORK        )    ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:** NEW YORK CITY c/o CORPORATION COUNSEL

**LOCATION OF SERVICE:**    100 Church Street, 4th Floor
                            New York, NY 10007

**PARTY ACCEPTING SERVICE:** Tameka Mendes-Gammon, clerk
**DATE OF SERVICE:** 9/5/07    **TIME OF SERVICE:** 5:07 p.m.

An approximate description of the person served with process listed herein:

**SEX:** F   **SKIN COLOR:** Black    **HAIR:** Black   **AGE:** 27   **HEIGHT:** 5'6"
**WEIGHT:** 130    **OTHER FEATURES:**

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 9/18/07

Qualified
in Queens