AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Perry Hooi

v.

THE CITY OF NEW YORK

**APPEARANCE**

Case Number: 07CV07743(BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York by:David M. Pollack, Assistant Corporation Counsel
New York City Department of Law
100 Church Street, Rm. 3-146
New York, NY 10007
(212) 788-1894

I certify that I am admitted to practice in this court.

September 24, 2007
Date

*(signature)*
Signature

David M. Pollack, ACC | DP/3873
Print Name | Bar Number

100 Church Street, Room 3-146
Address

New York, New York   10007
City   State   Zip Code

(212) 788-1894 | (212) 788-9776
Phone Number | Fax Number