

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

David M. Pollack
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

September 24, 2007

By Facsimile Transmission
(212) 805-6191
Honorable Barbara S. Jones
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/26/07
```

Re: Perry Hooi v. City of New York, et al., 07 CV 07743 (BSJ)

Dear Judge Jones:

    I am the Assistant Corporation Counsel in the New York City Law Department handling the defense of this action on behalf of Defendant City of New York. I am writing with the consent of plaintiff's counsel, Fred Lichtmacher, Esq., to respectfully request a sixty-day enlargement of time from September 25, 2007 to November 26, 2007, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

    The complaint alleges, *inter alia*, that plaintiff was subjected to false arrest/imprisonment, excessive force and malicious prosecution. In addition to the City of New York, plaintiff purports to name Police Officer Carullo, former New York City Police Officer Matthew Emlich, Officer Joseph Hayes, Officer Nicholas Otarola and unidentified officers of the 113th Precinct. While the City does not currently represent the foregoing officers we respectfully request this enlargement of time on their behalf so that they are not prejudiced while representational issues are being decided. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and determine if the identified officers wish to be represented by this office. The enlargement of time will afford us the opportunity to investigate the matter.

*Application Granted*

SO ORDERED
Dated:
 /s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
9/25/07

In view of the foregoing, it is respectfully requested that the Court grant the within request extending Defendants' time to answer or otherwise respond to the complaint until November 26, 2007. Thank you for your consideration in this regard.

Respectfully submitted,

David M. Pollack (DMP 3873)

cc: By Facsimile Transmission
(212) 922-9077
Fred Lichtmacher, Esq.
350 5th Avenue, Suite 7116
New York, New York 10018

2