----------------------------------------X

**07 CV 7743  ECF**
Hooi v. NYC, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/7/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7743 (BSJ)(RLE)

----------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          11/6/07

                                       /s/ Barbara S. Jones
                                       United States District Judge