UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY HOOI,

        Plaintiff,

- against -

NEW YORK CITY, et al.,

        Defendants.

ORDER

07 Civ. 7743 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on January 22, 2008,

**IT IS HEREBY ORDERED THAT**

1) discovery be completed by **March 31, 2008**, and

2) the Parties appear before the Court for a subsequent conference on **April 1, 2008**, at **10:00 a.m.**

SO ORDERED this 22nd day of January 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge