UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY HOOI,

       Plaintiff,

   - against -

NEW YORK CITY, et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

ORDER

07 Civ. 7743 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  Upon application to the Court to extend discovery in the above case,

  **IT IS HEREBY ORDERED THAT**

  1) discovery be extended to **April 30, 2008**, and

  2) the Parties appear before the Court for a subsequent conference on **April 1, 2008**, at 10:00 a.m.

**SO ORDERED this 25th day of January 2008**
New York, New York

                       _____
                       **The Honorable Ronald L. Ellis**
                       **United States Magistrate Judge**