USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERRY HOOI,

                Plaintiff,

     - against -

THE CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

07 Civ. 7743 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 1, 2008,

    **IT IS HEREBY ORDERED THAT** discovery be extended to **June 30, 2008.**

**SO ORDERED this 2nd day of April 2008**
New York, New York

*/s/ Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge