<div style="float:right">

</div>

**FRED LICHTMACHER**
ATTORNEY AT LAW
350 FIFTH AVENUE - SUITE 7116
NEW YORK, NEW YORK 10118

TELEPHONE: (212) 922-9066
FACSIMILE: (212) 922-9077

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08
```

May 21, 2008

**Honorable Ronald L. Ellis**
United States District Magistrate Judge
Southern District of New York
500 Pearl Street Room 1970
New York, New York 10007
**Via Regular Mail**

          Re:   Hooi v NYC et al., 07 cv 07743 (BSJ) (RLE)

Your Honor:

    I represent the plaintiff in the above-entitled civil rights matter.

    One of the named defendants, Matthew Emlich, resigned from the NYPD and moved out of New York prior to this action being filed. I believe the defendants had represented to the Court that they would locate him regarding accepting service. Adversary counsel had trouble locating him, but I was able to provide the defendants with an address and telephone number for Emlich which adversary counsel just confirmed was correct.

    The City expects they will be representing Emlich. Because more than 120 days have passed since the complaint has been filed, plaintiff respectfully requests additional time to serve this defendant.

Time for service extended to 6/30/08.

**SO ORDERED**
*/s/ Ronald Ellis*  6-3-08
~~MAGISTRATE~~ JUDGE RONALD L. ELLIS

Respectfully submitted,

Fred Lichtmacher

cc:   David Pollack
       Assistant Corporation Counsel
       via fax