# FRED LICHTMACHER

ATTORNEY AT LAW
350 FIFTH AVENUE - SUITE 7116
NEW YORK, NEW YORK 10118

TELEPHONE:  (212) 922-9066
FACSIMILE:   (212) 922-9077

June 9, 2008

**Honorable Barbara S. Jones**
United States District Judge
Southern District of New York
500 Pearl Street Room 620
New York, New York 10007
**Via Facsimile 212 805-6191**

                **Re:**    **Hooi v NYC et al.**, 07 cv 07743 (BSJ) (RLE)

Your Honor:

    I represent the plaintiff in the above-entitled civil rights matter.

    The parties are pleased to inform the Court that this matter has been resolved. We respectfully request a short period of time in which to complete the settlement papers and to forward the Stipulation to the Court for Your Honor's approval.

                                              Respectfully submitted,

                                              Fred Lichtmacher

cc:    David Pollack
        Assistant Corporation Counsel

*Application Granted. The parties are directed to submit the stipulation no later than July 14, 2008.*

SO ORDERED
Dated: 6/9/08
BARBARA S. JONES
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```